In the Matter of the Claim of Frank McGowan, Respondent. Michael J. Murphy, as Acting Industrial Commissioner, Appellant.—

All concur.

In the Matter of the Claim of Louis E. Wieder. Buffalo Evening News, Appellant; Frieda S. Miller, as Industrial Commissioner, Respondent.

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., dissents and votes to reverse and dismiss the claim.

In the Matter of the Claim of Anthony Gillette. Unity Life and Accident Insurance Association, Appellant; Frieda S. Miller, as Industrial Commissioner, Respondent.—

All concur.

In the Matter of the Claim of Marie Salavarria, Respondent. Michael J. Murphy, as Acting Industrial Commissioner, Appellant.—